C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the value of said merchandise, and that such values are the appraised values, less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

H. M. SNELWAR (VICTORY SHIPPING CO., INC.) v. UNITED STATES

No. 6894.—Invoices dated Manchester, England, April 5, 1946, etc.
Certified April 5, 1946, etc.
Entered at New York, N. Y., May 10, 1946, etc.
Entry Nos. 759335; 752281.

(Decided February 18, 1947)

*Barnes, Richardson & Colburn (Hadley S. King of counsel) for the plaintiff.*
*Paul P. Rao, Assistant Attorney General, for the defendant.*

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values less additions made by importer on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

NATIONAL SILVER CO. v. UNITED STATES

No. 6895.—Invoice dated Sheffield, England, January 25, 1946.
Certified January 26, 1946.
Entered at New York, N. Y., March 13, 1946.
Entry No. 744371.

(Decided February 18, 1947)

*Siegel, Mandell & Davidson for the plaintiff.*
*Paul P. Rao, Assistant Attorney General, for the defendant.*

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

T. D. Downing Co. *v.* United States

No. 6896.—Invoices dated London, England, January 22, 1946, etc.
Certified January 22, 1946, etc.
· Entered at Boston, Mass., February 5, 1946, etc.
Entry No. 4006, etc.

(Decided February 19, 1947)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

Joseph Horne Co. *v.* United States

No. 6897.—Invoice dated London, England, March 27, 1946.
Certified March 27, 1946.
Entered at Pittsburgh, Pa., April 9, 1946.
Entry No. 567.

(Decided February 19, 1947)

*Jerome G. Clifford* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the invoiced unit prices, less the invoiced discount of 3¾ per centum, packed.

Judgment will be rendered accordingly.